UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Mike Greenwood</u>

  v.          Case No. 14-cv-508-PB

<u>Richard M. Gerry et al.</u>

### REPORT AND RECOMMENDATION

The plaintiff has failed to pay the necessary filing fee or file a complete motion to proceed in forma pauperis, as directed by the court on November 14, 2014, and March 31, 2015. Accordingly, the district judge should dismiss this action without prejudice.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  <u>See</u> Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>See</u> <u>United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010).

               /s/ Andrea K. Johnstone
               Andrea K. Johnstone
               United States Magistrate Judge

May 7, 2015

cc: Mike Greenwood, pro se